Sanford E. Pitler, WSBA No. 16567
Kelly A. Thomas, WSBA No. 33191
Bennett Bigelow & Leedom, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone: (206) 622-5511

HONORABLE LONNY R. SUKO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PROVIDENCE YAKIMA MEDICAL CENTER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL O. LEAVITT, Secretary, Department of Health and Human Services,<br><br>Defendant. | NO. CV-07-03042-LRS<br>CV-03-3096-FVS<br><br>[PROPOSED]<br>ORDER OF CONSOLIDATION |

The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED** that pursuant to the parties' joint request for consolidation, this case, **CV-07-3042-LRS, SHALL BE CLOSED AND JOINED** under CV-03-3096-FVS.

**IT IS FURTHER ORDERED** that the Court's Order Granting Plaintiffs' Motion for Summary Judgment, entered March 29, 2007, in Cause No.

[PROPOSED] ORDER OF CONSOLIDATION – Page 1

1  CV-03-3096, is dispositive of the instant case.  As such, the instant case, Cause
2  No. CV-07-03042-LRS, shall be included in final remedies adjudged by the Court
3  in Cause No. CV-03-3096-FVS.
4      **IT IS SO ORDERED.**  The District Court Executive is hereby directed to
5  enter this Order, **CLOSE THE FILE**, and furnish copies to counsel.

Dated this  7th  day of  September , 2007.

s/Lonny R. Suko
_____
LONNY R. SUKO
United States District Court Judge

[PROPOSED] ORDER OF CONSOLIDATION – Page 2