AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

PROVIDENCE YAKIMA MEDICAL CENTER,
a Washington nonprofit,

           Plaintiff,

v.

MICHAEL O. LEAVITT, Secretary,
Department of Health and Human Services,

           Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-03-3096-FVS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Plaintiffs in the following aggregate principal amounts:

| | |
|---|---|
| Merle West Medical Center: | $1,115,821.17 |
| Providence Yakima Medical Center: | $2,354,968.81 |
| Yakima Valley Memorial Hospital: | $1,843,614.21 |
| St. Vincent Hospital: | $821,700.16 |
| Deaconess-Billings Clinic Health System: | $1,237,598.85 |

The Secretary shall pay each Plaintiff the interest due on the aggregate principal, pursuant to 42 U.S.C. § 1395oo(f)(2), calculated by using a daily interest rate as proposed by Plaintiffs.

| | |
|---|---|
| February 2, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |